# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01208-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF AN EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 21) |

This matter has been referred for an early settlement conference. (ECF No. 14). On November 5, 2021, Defendants filed a request to opt out of the settlement conference. (ECF No. 21). According to Defendants, "[g]ood cause exists to allow Defendants to opt out of an early settlement conference. Defense Counsel has investigated Plaintiff's claims in good faith, has conferred with her supervisor, and has telephonically conferred with Plaintiff. Based on communications between the parties and Defendants' investigation, Defense Counsel does not believe that an early settlement conference would be productive at this time." (ECF No. 21, p. 2) (citations omitted).

The Court will grant Defendants' request to opt out of an early settlement conference.[1]  A settlement conference may be scheduled at a later date, if appropriate.

\\\

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 14), Defendants did not need to file a request to opt out of the early settlement conference. Instead, Defendants should have filed a notice that Defendants are opting out of an early settlement conference.

1

Accordingly, it is ORDERED that Defendants' request to opt out of an early settlement conference (ECF No. 21) is GRANTED.

IT IS SO ORDERED.

Dated:   **November 8, 2021**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE